## First Department, March, 1956

### (March 2, 1956)

■ Sallie Hill v. Emrite Realty Co. Inc.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Rabin and Cox, JJ.

■ Bertha H. Massie, on Behalf of Herself and All Other Stockholders of Textile Realty Corporation, Similarly Situated, v. Textile Realty Corporation et al.— Motion for a stay denied, with $10 costs. Concur — Peck, P. J., Breitel, Cox and Frank, JJ.

### (March 6, 1956)

■ In the Matter of Moses Schiffman (Also Known as Monroe Schiffman), an Attorney.— Respondent disbarred. Concur — Peck, P. J., Breitel, Cox and Frank, JJ.